1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  Matthews & Associates
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 07 2314 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| William G. Davies, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Pfizer Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, WILLIAM G. DAVIES, Individually and on behalf of the Estate of LEONA E. DAVIES, deceased and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 11/12, 2009　　　　MATTHEWS & ASSOCIATES

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　David P. Matthews
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: February 4, 2010    DLA PIPER LLP (US)

By: _____
   Michelle W. Sadowsky
   Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE